THE STATE OF WASHINGTON, *Respondent, v.* PETRO DEE NAVARRO, *Appellant.*

Appeal from a judgment of the Superior Court for Cowlitz County, No. 85–1–00104–1, Alan R. Hallowell, J., entered June 3, 1985. *Affirmed* by unpublished opinion per

Ladley, J. Pro Tem., concurred in by Mitchell and Williams, JJ. Pro Tem.